**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.   12-10024-CR-MARTINEZ

UNITED STATES OF AMERICA

vs.

TROPICAL FISH TRANSHIPPERS, INC.,

**Defendant.**
_____/

## PLEA AGREEMENT

The United States Attorney's Office for the Southern District of Florida (hereinafter the "United States" or "government") and TROPICAL FISH TRANSHIPPERS, INC., (hereinafter the "defendant" or "TFT") enter into the following plea agreement pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

I.      Guilty Plea

A.      The defendant agrees to plead guilty to Count 1 of the Indictment filed against it, which charges the defendant with knowingly engaging in conduct involving the sale and purchase of, and intent to sell and purchase, fish with a fair market value in excess of $350.00, that is, approximately eight juvenile nurse sharks (*Ginglymosthoma cirratum*), and knowingly selling and attempting to sell said fish in interstate commerce, knowing that said fish were taken, possessed, transported, and sold in violation of the laws and regulations of the State of Florida, in

*Exhibit #3*

violation of Title 16, United States Code, Sections 3372(a)(2)(A), 3372(a)(4),  and 3373(d)(1), and Title 18, United States Code, Section 2.

B.      The defendant agrees to admit that it is in fact guilty of the felony offense charged in the Indictment through the actions of its employees, acting within the scope of their employment.

II.      Corporate Authorization and Organizational Changes

A.      The defendant will provide to the United States written evidence in the form of a notarized resolution of the Board of Directors with both notary and corporate seals, certifying that TFT is authorized to plead guilty to the felony offense set forth in the Indictment, and to enter into and comply with all provisions of this plea agreement.  The resolution shall further certify that its President is authorized to take these actions and that all corporate formalities, including but not limited to, approval by the TFT Board of Directors, required for such authorization, have been observed.   The defendant agrees that the President of the company shall appear on behalf of the company to enter the guilty plea and for imposition of the sentence in the United States District Court for the Southern District of Florida.

B.      At all relevant times, TFT was a corporation organized under the laws of the State of Florida with its principal place of business at 2364 S.W. 34TH Street, Bay F, Dania Beach, Florida 33312. TFT was engaged in the business of purchasing and selling marine life, including among other specimens, sharks and ornamental tropical fish in interstate commerce.

III.      Sentencing Guidelines and Penalties

A.      The defendant is aware that the sentence will be imposed by the court after considering the Federal Sentencing Guidelines and Policy Statements (hereinafter "Sentencing Guidelines").  The defendant acknowledges and understands that the court will compute an

advisory sentence under the Sentencing Guidelines and that the applicable guidelines would normally be determined by the court relying in part on the results of a Pre-Sentence Investigation by the court's probation office, which investigation would commence after the guilty plea has been entered.   The defendant is also aware that, under certain circumstances, the court may depart from the advisory sentencing guideline range that it has computed, and may raise or lower that advisory sentence under the Sentencing Guidelines.   The defendant is further aware and understands that the court is required to consider the advisory guideline range determined under the Sentencing Guidelines, but is not bound to impose that sentence; the court is permitted to tailor the ultimate sentence in light of other statutory concerns, and such sentence may be either more severe or less severe than the Sentencing Guidelines' advisory sentence.   Knowing these facts, the defendant understands and acknowledges that the court has the authority to impose any sentence within and up to the statutory maximum authorized by law for the offense identified in Section I.A and that the defendant may not withdraw the plea solely as a result of the sentence imposed.

B.   The parties agree that the maximum amount of the fine which may be imposed under the statute charged for Count 1 is the greater of:  twice the gross pecuniary gain or gross loss resulting from the offense, pursuant to Title 18, United States Code, Section 3571(d); or $500,000, pursuant to Title 18, United States Code, Section 3571(c)(3).   In addition, the defendant understands and agrees that it may be subject to a term of probation of not more than five years with respect to Count 1.   Title 18, United States Code, Section 3561(c)(1).

C.   The defendant further understands and acknowledges that, in addition to any sentence imposed under this agreement, a special assessment in the amount of $400 will be

imposed on the defendant, payable to the "Clerk, United States Court" at the time of sentencing. Title 18, United States Code, Section 3013(a)(2)(B).

      D.      The defendant is aware that the sentence has not yet been determined by the court. The defendant also is aware that any estimate of the probable sentencing range or sentence that the defendant may receive, is a prediction, not a promise, and is not binding on the United States, the probation office or the court. The defendant further understands that any recommendation that the United States makes to the court as to sentencing, whether pursuant to this plea agreement or otherwise, is not binding on the court and the court may disregard the recommendation in its entirety. The defendant understands and acknowledges, as previously acknowledged in Section III.A. above, that the defendant may not withdraw its plea based upon the court's decision not to accept a sentencing recommendation made by the defendant, the United States, or a recommendation made jointly by both the defendant and the United States.

      E.      The United States reserves the right to inform the court and the probation office of all facts pertinent to the sentencing process, including all relevant information concerning the offenses committed, whether charged or not, as well as concerning the defendant and the defendant's background. Subject only to the express terms of any agreed-upon sentencing recommendations contained in this plea agreement, the United States further reserves the right to make any recommendations as to the quality and quantity of punishment.

      IV.     <u>Sentence Recommendation</u>

      The United States and the defendant agree that, although not binding on the probation office or the court, they will jointly recommend to the court that under the advisory Sentencing Guidelines the following findings and conclusions would correctly represent the calculation of a

reasonable and appropriate sentence. Further, neither party shall adopt nor argue any position with respect to sentencing in this matter contrary to the following recommendations:

A. The parties agree to recommend that the defendant be placed on organizational probation for a period of three years.

B. The parties agree that pursuant to Title 18, United States Code, Section 3571 and in consideration of the factors enumerated in Title 18, United States Code, Section 3572, including defendant's timely acceptance of responsibility, imposition of a criminal penalty in the amount of $2,500, is appropriate under the relevant circumstances of this. Of that sum, $1,000 shall be imposed as a criminal fine, and shall immediately be payable to the "Clerk, United States District Court." The sum of $1,500 shall be made payable immediately to the National Fish & Wildlife Foundation (NFWF), a Congressionally-chartered organization authorized by law to receive payments arising as a result of a criminal conviction. NFWF shall distribute the funds to the Mote Marine Laboratory, Summerland Key Branch, to promote research, management, education, conservation, and restoration of marine life and corals throughout the waters of the Florida Keys National Marine Sanctuary and the Florida Keys.

C. The parties agree to jointly recommend that the sentence be imposed according to the terms of this agreement without the need for a Pre-Sentence Investigation and Report. The defendant hereby specifically waives its right to a Pre-Sentence Investigation and Report, including the right to review such a report in advance of sentencing, so that sentence may be imposed immediately following defendant entering its guilty plea.

V. <u>Additional Liability</u>

This plea agreement does not provide or promise any waiver of any other, civil, or administrative actions that may apply, including but not limited to: fines, penalties, claims for damages to natural resources, suspension, debarment, listing, licensing, injunctive relief, or remedial action to comply with any applicable regulatory requirement.

VI. <u>Express Waiver of Right to Appeal Guilty Plea and Sentence</u>

The defendant is aware that Title 18, United States Code, Section 3742would normally afford the defendant the right to appeal the sentence imposed in this case. Acknowledging this,

in exchange for the undertakings made by the United States in this plea agreement, the defendant hereby waives all rights conferred by Section 3742 to appeal any sentence imposed, including any restitution order, or to appeal the manner in which the sentence was imposed, unless the sentence exceeds the maximum permitted by statute or is the result of an upward departure and/or a variance from the guideline range that the court establishes at sentencing. The defendant further understands that nothing in this agreement shall affect the United States's right and/or duty to appeal as set forth in Title 18, United States Code, Section 3742(b). However, if the United States appeals the defendant's sentence pursuant to Section 3742(b), the defendant shall be released from the above waiver of appellate rights. By signing this agreement, the defendant acknowledges that it has discussed the appeal waiver set forth in this agreement with its attorney. The defendant further agrees, together with the United States, to request that the District Court enter a specific finding that the defendant's waiver of its right to appeal the sentence to be imposed in this case was knowing and voluntary.

VII.   Binding Final Agreement

This is the entire agreement and understanding between the United States and the defendant. There are no other agreements, promises, representations, or understandings.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

DATE: 1/14/14                    By:    _____
                                       Thomas A. Watts-FitzGerald
                                       Assistant U.S. Attorney

DATE: 1/14/14

By: _____

KEITH B. SELTZER, ESQ.
COUNSEL FOR DEFENDANT, TFT

DATE: 1/14/14

By: _____

JERROLD C. TIEDER, PRESIDENT
TROPICAL FISH TRANSHIPPERS, INC.

**TROPICAL FISH TRANSHIPPERS INC.**
**501 OLD GRIFFIN ROAD**
**DANIA BEACH   FLA.   33004**

1/12/2014

Resolution of the Board of Directors for Tropical Fish Transhippers Inc. has agreed by majority vote that it will accept the guilty plea to the charges set forth in the indictment and to comply with its terms.  Tropical Fish Transhippers Inc. is authorized to accept this guilty plea and the President, Jerrold C. Tieder is authorized to take these actions along with all corporate formalities.

Jerrold C. Tieder
Tropical Fish Transhippers Inc. Board of Directors, President and Chairman.

STACEY DALEY
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF057272
Expires 9/25/2017